146

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* LARRY JACK-SON, Defendant-Appellant.

(No. 56864; ▮▮▮▮▮▮▮▮▮

First District (2nd Division)—February 13, 1973.

PER CURIAM.

James J. Doherty, Public Defender, of Chicago, (Shelvin Singer, Assistant Public Defender, of counsel,) for appellant.

Edward V. Hanrahan, State's Attorney, of Chicago, (Elmer C. Kissane and Fred Chaimson, Assistant State's Attorneys, of counsel,) for the People.